# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0311−1 | User: admin | | Date Created: 10/19/2023 |
| Case: 23−11691−JTD | Form ID: 309C | | Total: 7 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | CRE Boca Holdco, LLC | 615 South DuPont Highway | Dover, DE 19901 | |
| tr | Don A. Beskrone | Ashby & Geddes | P.O. Box 272 | Wilmington, DE 19899 |
| aty | Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP | 919 N. Market Street, 17th Floor | Wilmington, DE 19801 |
| 18664863 | Cerberus Partners, L.P. | 875 Third Avenue | New York, NY 10022 | |
| 18664866 | Department of Labor | Division of Unemployment Insurance | P.O. Box 9953 | Wilmington, DE 19809 |
| 18664864 | Kent County | P.O. Box 802 | Dover, DE 19903 | |
| 18664865 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801−0820 |

TOTAL: 7